# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN OLIVER JONES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, B. BIRKHOLZ,<br><br>Respondent. | Case No. 2:24-cv-07396-HDV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's Motion to Dismiss the Petition for failure to exhaust administrative remedies is GRANTED.

IT IS FURTHER ORDERED that Judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2  Judgment herein on Plaintiff at his current address of record, as well as all defendants who
3  have appeared in the action.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: 6/10/2025
8
9                                    _____
                                     HON. HERNÁN D. VERA
10                                   UNITED STATES DISTRICT JUDGE