JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN OLIVER JONES,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN, B. BIRKHOLZ,<br><br>　　　　　Respondent. | Case No. 2:24-cv-07396-HDV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 6/10/2025

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE